841

No. 13, Misc. McAllister v. New Jersey. Supreme Court of New Jersey. Certiorari denied.

No. 289. Public Service Television, Inc., v. Federal Communications Commission et al. Motion for damages and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *Norman E. Jorgensen* and *William I. Denning* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Max Paglin, Daniel R. Ohlbaum* and *Ruth V. Reel* for the Federal Communications Commission, and *Robert A. Marmet* for L. B. Wilson, Inc., respondents.

No. 16, Misc. Creighton v. North Carolina. Supreme Court of North Carolina. Certiorari denied. Petitioner *pro se*. *Thomas Wade Bruton*, Attorney General of North Carolina, and *Ralph Moody*, Assistant Attorney General, for respondent.

No. 18, Misc. Robinson v. Smyth, Penitentiary Superintendent. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se*. *Reno S. Harp III*, Assistant Attorney General of Virginia, for respondent.

No. 24, Misc. Wigand v. Taylor, Warden. C. A. 10th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 22, Misc. Gatewood v. California. Supreme Court of California. Certiorari denied. Petitioner *pro se*. *Stanley Mosk*, Attorney General of California, and *Doris H. Maier*, Assistant Attorney General, for respondent.